UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ASHLEY PERRY and § | |
| SARAH JOHNSTON, § | |
| *Plaintiffs* § | |
| § | |
| v. § | Case No. 1:23-CV-01011-RP |
| § | |
| NORDSTROM, INC., § | |
| *Defendant* § | |

**O R D E R**

On April 25, 2024, the District Court denied Plaintiff's Motion to Remand and dismissed Defendant Mateo Giraldo from this action. Dkt. 32. The majority of the dates in the parties' previous Joint Proposed Scheduling Order (Dkt. 13) have expired. Accordingly, the Court **ORDERS** the parties to file a Joint Amended Proposed Scheduling Order omitting all expired dates by **May 10, 2024**. The parties are **ORDERED** to use District Judge Robert Pitman's form scheduling order available on the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov).

**SIGNED** on April 29, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE